UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 6:15-00080-01 |
| VERSUS | * | JUDGE WALTER |
| SHAWN GORDON | * | MAGISTRATE JUDGE HANNA |

**JUDGMENT**

This matter was referred to United States Magistrate Judge Patrick J. Hanna for Report and Recommendation. The defendant waived the fourteen day period within which to file written objections. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein. Accordingly;

The guilty plea of the defendant, Shawn Gordon, is **ACCEPTED** in accordance with the terms of the plea agreement filed in the record of these proceedings. **IT IS THEREFORE ORDERED** that Shawn Gordon is finally adjudged guilty of the offense charged in Count One of the Superceding Indictment, subject to the application of the lesser included penalty of 21 U.S.C. § 841(b)(1)(C).

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 24 day of January, 2017.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE
